*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-11-00462-CV

**SOUTH REGIONAL CONTRACTING CORPORATION**, and John Cruz, Individually,
Appellants

v.

**TEPA EC, L.L.C.**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-18540
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:    Rebecca Simmons, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  November 23, 2011

DISMISSED

Appellants filed a motion stating they have settled all matters in controversy in this appeal and asking this court to dismiss this appeal. Their motion contains a certificate of service on counsel for appellee, TEPA EC, L.L.C. Appellants' motion is granted and this appeal is hereby dismissed. *See* TEX. R. APP. P. 42.1(a)(1). In accordance with the settlement agreement, costs of this appeal are taxed against the party that incurred them. *See id.* R. 42.1(d).

PER CURIAM